IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEE A. MELLAND,

    Plaintiff,

v.

JANET NAPOLITANO, Secretary,
Department of Homeland Security, and
TRANSPORTATION SECURITY ADMINISTRATION,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-804-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Janet Napolitano and Transportation Security Administration granting defendants' motion for summary judgment and dismissing this case.

_Peter Oppeneer_  
Peter Oppeneer, Clerk of Court

5/4/12  
Date